AO 91 (Rev. 08/09) Criminal Complaint

FILED BY ___ D.C.
APR 16 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

United States of America
v.
KEVIN RAPHAEL BULLY and
JAIME NICOLE LEWIS,

*Defendant(s)*

Case No. 15-8204-JMH

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 2015 to April15, 2015 in the county of Palm Beach in the Southern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. 952(a) and 963; 841(a)(1) and 841(b)(1)(C), 846 | did knowingly and intentionally import and conspire, confederate and agree to import into the United States from a place outside thereof, a Schedule I narcotic controlled substance, to wit: Alpha-pyrrolidinopentiophenone ("α-PVP") a/k/a "Flakka"; did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance and did knowingly and intentionally combine, conspire and confederate and agree to possess with intent to distribute a Schedule I controlled substance to wit: Alpha-pyrrolidinopentiophenone ("α-PVP") a/k/a "Flakka" |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

DEA Special Agent Regina E. Claxton
*Printed name and title*

I find probable cause.

Sworn to before me and signed in my presence.

Date: 4-16-15

*Judge's signature*

City and state: West Palm Beach, Florida

Hon. James M. Hopkins
*Printed name and title*

# AFFIDAVIT

I, Regina Claxton, being duly sworn, depose and state:

1. I am an investigative or law enforcement officer of the United States within the meaning of Title 21. I am a Special Agent with the Drug Enforcement Agency (DEA) and have been so employed since July 2012. As a DEA Special Agent, I have received specialized training and have been responsible for investigating violations of the federal narcotics laws under Title 21. I have conducted numerous investigations of persons involved in and associated with narcotics importation and trafficking.

2. The information in this affidavit is based on my personal knowledge, information provided to me by others, including other law enforcement officials, and my review of other materials. I am fully aware of the facts and circumstances concerning, and have participated in significant aspects of, this investigation, which has included surveillance and the investigation of potential targets.

3. The information contained in this affidavit is submitted for the sole purpose of demonstrating probable cause to support a criminal complaint charging Kevin Raphael BULLY, hereinafter BULLY, and Jaime Nicole LEWIS, hereinafter LEWIS, for violations of Title 21, United States Code §§ 952(a) , 963, 841(a)(1) and 841(b)(1)(C) and 846, that is, the importation and the conspiracy

to engage in the importation of a controlled substance into the United States and the possession with the intent to distribute a controlled substance and the conspiracy to engage in the possession with the intent to distribute a controlled substance, that is, a mixture or substance containing a scheduled I controlled substance. Because this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not contain all of the information known to me and/or other law enforcement officers involved in this investigation.

**Facts in Support of Probable Cause**

4. In March of 2015, as a part of an ongoing investigation regarding the illegal drug trafficking of 4-Methyl-N-Ethylcathinone, a/k/a "4-MEC," Methylone, and powdered MDMA, a/k/a "Molly" and synthetic cathinones, specifically Alpha-pyrrolidinopentiophenone ("α-PVP"), aka "Flakka," agents from the Drug Enforcement Administration received information about suspected narcotics packages being delivered to Palm Beach County. DEA Agents in London, England received information from the British authorities on multiple packages that were intercepted coming from a chemical company in Hong Kong, China. The Chinese based chemical company has been utilizing Aramex Shipping Company to transport chemicals to buyers in the United States. The British authorities found approximately seven packages to

contain a white crystallized substance which tested positive for the presence of $\alpha$-PVP, commonly referred to as "Flakka." DEA London provided West Palm Beach (WPB) agents with the address information from the packages and forwarded the packages to WPB agents.

5. On March 26, 2015, DEA agents, together with agents from the Palm Beach County Sheriff's Office (PBSO), Homeland Security Investigations (HSI), and United States Postal Inspector Service (USPIS) conducted a controlled delivery of one of the packages addressed to Jaime LEWIS at 10309 Allegro Drive, Boca Raton, FL. Agents retrieved the substance out of the package and replaced it with "sham" to give the appearance of the purchased narcotics. Agents then re-packaged the sham in the original shipping bag and delivered the package to 10309 Allegro Drive, the address listed on the package. An undercover agent, dressed as a DHL employee, knocked on the door to the residence. A black male, later identified as Kevin BULLY, answered the door and signed for the package. The undercover agent asked BULLY if the name on the package belonged to BULLY and BULLY responded, "I'll take it." The undercover took the signed receipt and left the residence.

6. Approximately fifteen minutes after the package was delivered to BULLY, agents observed BULLY driving away from the residence in a black Audi that

was previously parked in the driveway of 10309 Allegro Drive. A traffic stop was conducted on the vehicle wherein the driver of the vehicle identified himself as Calvin BULLY and approximately $8,000 US Currency wrapped in rubber bands was found in plain view of the console. Agents later discovered that Calvin Bully is Kevin BULLY's brother whose name Kevin has been operating under. BULLY gave agents his house key and gave agents written consent to search his residence. Upon search of the residence and interview of BULLY, agents located three cell phones and a personal computer, approximately $60,000 US Currency wrapped in rubber bands, marijuana, a white substance believed to be utilized as "cut" or an additive to narcotics, a handgun and loaded magazine, and an empty DHL shipping bag from the same company previously identified on the seized packages containing α-PVP.

7. Agents questioned BULLY on who was Jamie LEWIS, the name on the delivered package, and BULLY claimed that LEWIS was an ex-girlfriend. Agents believe that BULLY utilizes different names and addresses to ship the narcotics to in order to remain disconnected from the packages. BULLY gave the agents verbal consent to search his iPhone and he gave them the password to unlock the iPhone. Agents found text messages contained within the iPhone regarding the shipment of packages. For example, upon search of the text

messages contained in the iPhone was the following thread between BULLY and an unknown female with the contact name "MARSHA" on March 26, 2015:

MARSHA: *Both packs are coming under mi name right???*
**BULLY**: *It's only one coming this week but ya*
**BULLY**: *Why*
**BULLY**: *Remember when you get it to write "return to sender" in big letters on it*
MARSHA: *Jz making sure*
MARSHA: *Okai....dei bring it too da door right*
MARSHA: *Which one coming first the one at mi house or mi moms*
**BULLY**: *Ya*
**BULLY**: *Your house then I'll go on from there*
MARSHA: *Okai when I right return too sender do I take it frm the mail ppl still*
**BULLY**: *They knock on the door and all*
**BULLY**: *No you write it after they hand it to you lol*
MARSHA: *Okai no problem*
**BULLY**: *You write return to sender when they there they taking it back*
**BULLY**: *It will be there today or tomorrow*

8. When agents retrieved the sham package from the residence, agents found that "return to sender" had been written in black marker on the package. Agents are aware that many drug traffickers write "return to sender" on packages so that they can claim they had no ownership of the package if later asked by law enforcement. Based on the previous text message thread, BULLY was instructing MARSHA to do the same thing on a package that was going to be delivered later that day. BULLY explained that you cannot write "return to sender" on the package until after the delivery people leave or they will take the package back. One of the narcotics packages seized by London DEA was

addressed to a Marsha Destin located at 250 W. Sample Road, Apt A118, Pompano Beach, FL 33064. This address was also saved in a photo found on the iPhone. A query of a public records database revealed that a Marsha DESTIN is listed as the utilities customer of that address.

9. On April 8, 2015, the United States obtained a search warrant from this Court in Case No.: 15-8200-WM to search BULLY's iPhone. On or about April 10, 2015, law enforcement conducted a forensic examination of BULLY's iPhone. On April 10, 2015, law enforcement discovered a series of instant messages between Kevin BULLY and Jaime LEWIS on BULLY's iPhone. BULLY told agents LEWIS' phone number was (561) 409-7027, which when entered into BULLY's phone is saved under the contact name "Personal Account." Agents later interviewed LEWIS who provided agents with the same phone number. In one particular thread on March 18, 2015, the following conversation between BULLY and LEWIS occurred:

**BULLY**: *Listen be to that house around 330 hopefully they come before you get there to you ain't got to wait*
**BULLY**: *He walks to his job at 3:55*
**BULLY**: *He works for an hour lol*
LEWIS: *Lmaoo I'll make sure I'm on time*
**BULLY**: *Btw its under Calvin lee if they ask you*
LEWIS: Ok
**BULLY**: *And your just here cz they told you a package was sent just in case ijs*
LEWIS: *Ok*
**BULLY**: *Yesterday they came around 4:30 I guess*
LEWIS: *Ya bt it's ok*

**BULLY**: *Package from aramax if asked*
LEWIS: *I kno*
**BULLY**: *Are you sitting in the car or outside?*
LEWIS: *Outside*
LEWIS: *It's here*
**BULLY**: *Yay*
LEWIS: *Lmaooooo*
**BULLY**: *You coming*
LEWIS: *Yes waitin for dude to leave*
LEWIS: *He had cut his truck off n all*
**BULLY**: *Oh shit*
**BULLY**: *He just handed it to you?*
LEWIS: *Ya I signed he knocked on old door*
**BULLY**: *Any one open the door*
LEWIS: *No*
LEWIS: *Don't fuckin treat me like that*
**BULLY**: *Act so dumb like you know wtf I'm talking about get me the fukin website to order*
**BULLY**: *Send me my mom credit card pic*
LEWIS: *OK*
**BULLY**: *What's your email address*
LEWIS: *Jaymelewis1993@yahoo.com*

10. Based on the previous conversation, agents believe that BULLY was directing LEWIS to go to a residence to wait for a package of suspected $\alpha$-PVP to arrive. BULLY told LEWIS that the package would be under the name "Calvin Lee" which is consistent with an empty Aramax package that was recovered from BULLY's residence on March 26, 2015. When BULLY told LEWIS that the package would be from Aramax, LEWIS indicated she already knew who it was coming from. BULLY continued to give LEWIS instructions and asked her about how the delivery person handed her the package and she commented that she didn't appreciate being treated as if she did not know

what she was doing. BULLY then asked LEWIS for a website to order something and a picture of BULLY's mom's credit card. It is unclear what website BULLY was asking about, but agents believe that it could be referring to the website to order the packages. Independent interviews of BULLY and LEWIS both indicate that LEWIS is a personal accountant for BULLY and is responsible for taking care of the money aspect of BULLY's organization.

11. On April 9, 2015, agents were alerted by the DEA Hong Kong Office about additional suspected α-PVP packages being shipped through Aramax to the United States. One of the packages was addressed to Nicole Lewis located at 4444 Maurice Drive, Delray Beach, FL 33445. The phone number associated with the package was (561) 409-7027, LEWIS' phone number. Agents are aware that "Nicole" is LEWIS' middle name. That package was later seized by DEA agents. Contained within the package was approximately three kilograms of a white crystallized substance. That substance was field tested and yielded a positive result for the presence of α-PVP, a synthetic cathinone.

12. In another instant message thread found within BULLY's phone was the following conversation between BULLY and Calvin Bully, Kevin BULLY's brother that occurred on March 25, 2015:

Calvin: *How much a gram of Molly*
**BULLY**: *You mean how much you can sell it for?*

Calvin: *Ya*
**BULLY**: *$60 to $100*
**BULLY**: *The oz is $300*
**BULLY**: *Well my price*
Calvin: *Ight*

13. Based on the previous conversation, Calvin Bully was asking BULLY how much a gram of Methylone/MDMA (street name "Molly") was. BULLY clarified that Calvin was referring to how much he could sell a gram for and told Calvin it was $60 to $100 per gram. BULLY then stated that his price for the "oz" (ounce) is $300. This conversation indicates that BULLY's organization also distributes Methylone/MDMA which, based on your affiant's training and experience and from information obtained from other law enforcement officers, may also be imported from Chinese chemical companies.

14. Based on the foregoing, your affiant avers that there is probable cause to charge Kevin Raphael BULLY and Jaime Nicole LEWIS with violations of Title 21, United States Code §§ 952(a) , 963 and 841(a)(1) and 841(b)(1)(C) and 846, that is, the importation and the conspiracy to engage in the importation of a Schedule I controlled substance into the United States and with the possession and the conspiracy to engage in the possession with intent to distribute a Schedule I controlled substance, that is, a mixture or substance containing a scheduled I controlled substance. Because this affidavit is being submitted for

the limited purpose of demonstrating probable cause, it does not contain all of the information known to me and/or other law enforcement officers involved in this investigation.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Special Agent Regina Claxton
Drug Enforcement Administration

Subscribed and sworn to before me
this 16 day of April, 2015.

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE