UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-80068-CR-ROSENBERG(s)
21 U.S.C. § 846
21 U.S.C. § 963
21 U.S.C. § 853
18 U.S.C. § 924( c)

UNITED STATES OF AMERICA,

FILED by [illegible] D.C.
AUG 18 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

vs.

KEVIN RAPHAEL BULLY,
and JAIME NICOLE LEWIS,

Defendants,
_______________________________/

## SUPERSEDING INDICTMENT

THE Grand Jury charges that:

## COUNT 1

From in or around March 2015, the exact date being unknown to the Grand Jury, through on or about April 15, 2015, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**KEVIN RAPHAEL BULLY,**
**and JAIME NICOLE LEWIS,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) ; all in violation of Title 21, United States Code, Section 846.

The controlled substance involved in the conspiracy attributable to the defendants as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is a mixture and substance containing a detectable amount of Alpha-pyrrolidinopentiophenone, also known as alpha-PVP("α-PVP"), also known as "Flakka," a schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

**COUNT 2**

On or about March 26, 2015, in Palm Beach County, in the Southern District of Florida, the defendants,

**KEVIN RAPHAEL BULLY,**
**and JAIME NICOLE LEWIS,**

did knowingly and intentionally attempt to possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2; all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that the violation involved a mixture and substance containing a detectable amount of Alpha-pyrrolidinopentiophenone, also known as alpha-PVP("α-PVP"), also known as "Flakka," a schedule I controlled substance.

**COUNT 3**

From in or around March 2015, the exact date being unknown to the Grand Jury, through on or about April 15, 2015, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**KEVIN RAPHAEL BULLY,**
**and JAIME NICOLE LEWIS,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

The controlled substance involved in the conspiracy attributable to the defendants as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is a mixture and substance containing a detectable amount of Alpha-pyrrolidinopentiophenone, also known as alpha-PVP("α-PVP"), also

known as "Flakka," a schedule I controlled substance, in violation of Title 21, United States Code, Section 960(b)(3).

**COUNT 4**

From at least as early as on or about March 21, 2015,through on or about March 26, 2015, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**KEVIN RAPHAEL BULLY,**
**and JAIME NICOLE LEWIS,**

did knowingly and intentionally attempt to import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a) and Title 18, United States Code, Section 2; all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(3), it is further alleged that this violation involved a mixture and substance containing a detectable amount of Alpha-pyrrolidinopentiophenone, also known as alpha-PVP("α-PVP"), also known as "Flakka," a schedule I controlled substance.

**COUNT 5**

On or about July 15, 2015, in West Palm Beach, in Palm Beach County, in the Southern District of Florida, the defendant,

**KEVIN RAPHAEL BULLY,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, a violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that the violation involved 100 grams of a mixture and substance containing a detectable amount of heroin, a schedule I controlled substance.

**COUNT 6**

On or about March 26, 2015, in Palm Beach County, in the Southern District of Florida, the defendant,

**KEVIN RAPHAEL BULLY,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Glock Model 27 .40 caliber semiautomatic pistol; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**COUNT 7**

On or about March 26, 2015, in Palm Beach County, in the Southern District of Florida, the defendant,

**KEVIN RAPHAEL BULLY,**

did knowingly possess a firearm that is, a Glock Model 27 .40 caliber semiautomatic pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to deliver a controlled substance as charged in counts of this indictment; in violation of Title 18, United States Code, Section 924(c)(1)(A).

**FORFEITURE**

1. Upon conviction of any of the violations alleged in Counts 1, 2, 3, and 4 of this Superseding Indictment, the defendants **KEVIN RAPHAEL BULLY, and JAIME NICOLE LEWIS** shall forfeit to the United States any and all property constituting or derived from any proceeds which the defendant **KEVIN RAPHAEL BULLY, and JAIME NICOLE LEWIS** obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit or facilitate the commission of such violation, including, but not limited to, the following:

a. $ 8,725 in United States currency.

b. $ 60,000 in United States currency.

c. One Glock Model 27 .40 caliber semiautomatic pistol.

Pursuant to Title 21, United States Code, Section 853.

2. Upon conviction of any of the violations alleged in Counts 1, 2, 3, 4, 6, and 7, of this Superseding Indictment, the defendants **KEVIN RAPHAEL BULLY, and JAIME NICOLE LEWIS** shall forfeit to the United States any firearm or ammunition involved in or used in said violation including, but not limited to, the following:

a. One Glock Model 27 .40 caliber semiautomatic pistol.

Pursuant to Title 28, United States Code, Section 2461, Title 18, United States Code, Section 924(d), and the procedures outlined at Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

for WIFREDO A. FERRER
UNITED STATES ATTORNEY

LOTHROP MORRIS
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA** **CASE NO.** ______________

**vs.**

# CERTIFICATE OF TRIAL ATTORNEY*

**KEVIN RAPHAEL BULLY,**
**and JAMIE NICOLE LEWIS,**
**Defendant.**
______________________/

**Superseding Case Information:**

**Court Division:** (Select One)

___ Miami ___ Key West
___ FTL _X_ WPB ___ FTP

New Defendant(s) Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _No_
List language and/or dialect ______________

4. This case will take _5-6_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

(Check only one) (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | |
| II | 6 to 10 days | | Minor | |
| III | 11 to 20 days | | Misdem. | |
| IV | 21 to 60 days | | Felony | X |
| V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No) _No_
If yes:
Judge: ______________ Case No. ______________
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No) _Yes_
If yes:
Magistrate Case No. _15-8204-JMH_
Related Miscellaneous numbers: ______________
Defendant(s) in federal custody as of _04/16/2015; 7/15/15_
Defendant(s) in state custody as of ______________
Rule 20 from the ______________ District of ______________
Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes _X_ No



LOTHROP MORRIS
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0095044

*Penalty Sheet(s) attached

REV 4/8/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** **KEVIN RAPHAEL BULLY**

**Case No:**______________________

Count #1:

Conspiracy to possess with intent to distribute a controlled substance, to wit ("a-PVP') a/k/a "Flakka"

Title 21, United States Code, Sections, 846

***Max. Penalty**: 20 years' Imprisonment; $1 million Fine; 3 year Supervised Release.

Count #2:

Possession with intent to distribute a controlled substance, to wit ("a-PVP') a/k/a "Flakka."

Title 21, United States Code, Sections, 841(a)(1)(c)

***Max. Penalty**: 20 years' Imprisonment; $1 million Fine; 3 year Supervised Release.

Count #3:

Conspiracy to Import into the U.S. a Schedule I narcotic controlled substance, to wit ("a-PVP') a/k/a "Flakka."

Title 21, United States Code, Sections, 963

***Max. Penalty**: 20 years' Imprisonment; $1 million Fine; 3 year Supervised Release.

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

Count #4:

Importation into the U.S. a Schedule I narcotic controlled substance, to wit ("a-PVP') a/k/a "Flakka."

Title 21, United States Code, Sections, 952(a)

***Max. Penalty**: 20 years' Imprisonment; $1 million Fine; 3 year Supervised Release.

Count #5:

Possession with Intent to Distribute Controlled Substance (Heroin).

Title 21, United States Code, Sections, 841(a)(1)

***Max. Penalty**: 5 years' Mandatory Minimum and a maximum of 40 Year's; $5 million Fine; 4 year Minimum Supervised Release.

Count #6:

Felon in Possession of a Firearm.

Title 21, United States Code, Sections, 922(g)(1) and 924(a)(2)

***Max. Penalty**: Maximum 10 years' Imprisonment; $250,000 Fine; 3 year Supervised Release.

Count #7:

Possessing a Firearm ( Glock Model 27/.40 Caliber Semiautomatice Pistol) in furtherance of a Drug Trafficking Crime.

Title 21, United States Code, Sections, 954(c)

***Max. Penalty**: 5 years' Consecutive from all other Counts.

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** **JAMIE NICOLE LEWIS**

**Case No:**____________________

Count #1:

Conspiracy to possess with intent to distribute a controlled substance, to wit ("a-PVP') a/k/a "Flakka"

Title 21, United States Code, Sections, 846

***Max. Penalty**: 20 years' Imprisonment; $1 million Fine; 3 year Supervised Release.

Count #2:

Possession with intent to distribute a controlled substance, to wit ("a-PVP') a/k/a "Flakka."

Title 21, United States Code, Sections, 841(a)(1)(c)

***Max. Penalty**: 20 years' Imprisonment; $1 million Fine; 3 year Supervised Release.

Count #3:

Conspiracy to Import into the U.S. a Schedule I narcotic controlled substance, to wit ("a-PVP') a/k/a "Flakka."

Title 21, United States Code, Sections, 963

***Max. Penalty**: 20 years' Imprisonment; $1 million Fine; 3 year Supervised Release.

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

Count #4:

Importation into the U.S. a Schedule I narcotic controlled substance, to wit ("a-PVP') a/k/a "Flakka."

Title 21, United States Code, Sections, 952(a)

***Max. Penalty**: 20 years' Imprisonment; $1 million Fine; 3 year Supervised Release.

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**