UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 15-80068-CR-ROSENBERG(s)(s)

**UNITED STATES OF AMERICA,**

vs.

**KEVIN RAPHAEL BULLY,**

    Defendant.
_____/

## GOVERNMENT'S PROPOSED CASE SUMMARY

**COMES NOW**, the United States of America, by and through the undersigned counsel, hereby files its Proposed Case Summary. In the summary, which defense counsel opposes in its entirety, the government states as follows:

In March of 2015, British law enforcement officers notified the Drug Enforcement Administration about seven packages of Alpha-PVP, aka "Flakka," that were being delivered to Palm Beach County from China. The British authorities provided West Palm Beach (WPB) agents with the address information from the packages and forwarded the packages to WPB agents. The WPB agents dressed as a DHL employee delivered the package to the address listed on the package. The defendant, Kevin Rafael Bully, answered the door and took possession of the package. Pursuant to a search of the house, agents located three cell phones and a personal computer, approximately $60,000 US Currency wrapped in rubber bands, marijuana, a handgun and loaded magazine, and an empty DHL shipping bag from the same company previously

1

identified on the seized packages containing Alpha-PVP.

On July 15, 2015, DEA and USMS located and arrested Kevin Bully at the Wyndham Hotel in Boca Raton. The agents found three cell phones, a laptop computer, and other personal items. Upon arrest of Bully, hotel management entered the hotel room and opened the safe revealing U.S. Currency, a Florida driver's license with the name of Calvin Bully, and multiple clear plastic baggies containing a white powdery substance, heroin and alprazolam, aka Zanax.

## Conclusion

Wherefore, the government respectfully files this case summary with the Court.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

 s/LOTHROP MORRIS
By: LOTHROP MORRIS
    ASSISTANT U.S. ATTORNEY
    Florida Bar # 0095044
    500 Australian Avenue, Suite 400
    West Palm Beach, FL 33401
    (561) 820-8711
    (561) 820-8777 (FAX)
    LOTHROP.MORRIS@USDOJ.GOV

## Certificate of Service

I HEREBY CERTIFY that on February 5, 2016, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

S/ LOTHROP MORRIS
LOTHROP MORRIS
ASSISTANT UNITED STATES ATTORNEY
